**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                          **Case No. CR-2-13-262
                                       JUDGE GREGORY FROST**

**RICHARD M. SPRIGGS, JR.,**

    **Defendant.**

### ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE

This matter came on for a hearing this 28th day of September, 2015 upon the Petition to Revoke the Defendant's Supervised Release Status. Defendant, Counsel for Defendant, and Counsel for the Government appeared.

At the hearing, Defendant admitted to violating:

Standard Condition No. 5: "The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons."

Standard Condition No. 7: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except prescribed by a physician."

The Court accepted the admissions.

The Court thereafter proceeded with sentencing. Pursuant to the United States

Sentencing Guidelines (U.S.S.G.) 7B1.1(a)(2), Defendant has been found guilty of violating two Standard Conditions of Supervised Release, which conduct represents Grade C violations.

Based on a Grade C violation and criminal history category I, the advisory guideline imprisonment range for revocation purposes is 5 to 11 months. See U.S.S.G. 7B1.4(a).

Relying upon the foregoing, the facts of this case, and the 18 U.S.C. 3553(a) factors, the Court modifies Defendant's conditions of Supervised Release as follows:

Defendant shall participate in home detention component of location monitoring program for a period of three (3) months. Defendant shall remain in his residence unless he is given permission in advance by the probation officer for approved activities. Defendant shall abide by all requirement established by the probation office related to the use of location monitoring technology. Defendant shall pay part or all of the cost of the location monitoring based on his ability to pay as determined by the probation officer.

All other terms and conditions of Supervised Release shall remain in effect.

After sentencing, the Defendant acknowledged his rights on appeal.

**IT IS SO ORDERED.**


    s/   Gregory L. Frost
**GREGORY L. FROST, JUDGE**
**UNITED STATES DISTRICT COURT**