**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                  **Case No. CR-2-13-262
JUDGE GREGORY FROST**

**RICHARD M. SPRIGGS, JR.,**

    **Defendant.**

**ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE**

This matter came on for a hearing this 15th day of December, 2015 upon the Petition to Revoke the Defendant's Supervised Release Status and the Supplemental Report.  Defendant, Counsel for Defendant, and Counsel for the Government appeared.

At the hearing, Defendant admitted to violating:

Special Condition No. 1: "The defendant shall participate in home detention component of location monitoring program for a period of three (3) months.  The defendant shall remain in his residence unless he is given permission in advance by the U.S. Probation Office for approved activities.  The defendant shall abide by all requirements established by the U.S. Probation office related to the use of location monitoring technology.  The defendant shall pay part or all of the cost of the location monitoring based upon his ability to pay as determined by the U.S. Probation Office."

Standard Condition No. 7: "The defendant shall refrain from excessive use of alcohol and

1

shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician."

The Court accepted the admissions.

The Court thereafter proceeded with sentencing.  Pursuant to the United States Sentencing Guidelines (U.S.S.G.) 7B1.1(a)(2), Defendant has been found guilty of violating one Special Condition and one Standard Condition of Supervised Release which conduct represents Grade C violations.  Based on  Grade C violations and criminal history category I, the advisory guideline imprisonment range for revocation purposes is 3 to 9 months. See U.S.S.G. 7B1.4(a).

Relying upon the foregoing, the facts of this case, and the 18 U.S.C. 3553(a) factors, the Court modifies Defendant's conditions of Supervised Release as follows:

1.  Defendant shall remain on electronic monitoring for a period of ninety (90) days; and

2.  Defendant shall make arrangements for paying and shall pay for the damages to the location monitoring equipment in the amount of $1320.00.

All other terms and conditions of Supervised Release shall remain in effect.

After sentencing, the Defendant acknowledged his rights on appeal.

**IT IS SO ORDERED.**

               <u>     s/   Gregory L. Frost              </u>
               **GREGORY L. FROST, JUDGE**
               **UNITED STATES DISTRICT COURT**